## BOB JOHNS et al. v. STATE.

No. A-6846. Opinion Filed September 21, 1929.
(280 Pac. 1116.)

Ray & Thomas, for plaintiffs in error.

Edwin Dabney, Atty. Gen., for the State.

PER CURIAM. The plaintiffs in error were convicted of having possession of a still; Bob Johns being sentenced to serve a term of ninety days in the county jail and to pay a fine of $150, and Bud Barclay was sentenced to serve a term of 60 days in the county jail and to pay a fine of $100. No briefs have been filed by plaintiff in error. An examination of the record discloses no jurisdictional nor fundamental error.

The case is affirmed.